UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MONICA BIBLE,**

**Plaintiff,**

**v.** **Case No. 5:21-cv-624-CEM-PRL**

**STONEMOR FLORIDA SUBSIDIARY LLC,**

**Defendant.**
_________________________________/

# ORDER

THIS CAUSE is before the Court on the Court's August 30, 2022 Order to Show Cause ("OTSC," Doc. 19). Previously, the Court permitted Plaintiff's counsel to withdraw, leaving Plaintiff pro se. (July 23, 2022 Order, Doc. 18, at 1–2). Plaintiff was then ordered to either obtain new counsel or "file a written notice advising the Court of her intent to proceed *pro se*." (*Id.* at 2). Plaintiff failed to timely comply with the Court's July 23, 2022 Order. (Doc. 19 at 1). Thereafter, the Court issued the OTSC, ordering Plaintiff to show cause on or before September 16, 2022, as to why this case should not be dismissed for failure to prosecute. (*Id.*). Plaintiff has failed to respond, and the time to do so has passed.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to prosecute.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2022.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party